■ G.R.A. ENTERPRISES, INC., Appellant, v. KAY SUGAHARA, Respondent.—

Concur — McGivern, J. P., Markewich, Kupferman and Steuer, JJ.